**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Knapp, | No. CV-19-00878-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Invictus Protective Services LLC, et al., | |
| Defendants. | |

On May 31, 2019, the Court granted Plaintiff's motion for default judgment in this FLSA action and ordered that Plaintiff was permitted to file a motion for attorneys' fees within 30 days of the date of that order. Now pending before the Court is Plaintiff's Motion for Award of Attorneys' Fees (Doc. 20). Plaintiff requests attorneys' fees in the amount of $7,307.50 for 18.5 hours incurred by Clifford P. Bendau, II at the hourly rate of $395. Plaintiff also requests $579 in out-of-pocket costs, for a total of $7,886.50. (Doc. 20 at 5.)

The FLSA requires the offending employer to pay a successful plaintiff's reasonable attorneys' fees and costs. 29 U.S.C. § 216(b). Plaintiff seeks $7,886.50 in attorneys' fees and costs. The Court finds this amount to be reasonable.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Award of Attorneys' Fees (Doc. 20) is **granted**. Plaintiff is awarded $7,307.50 in attorneys' fees and $579.00 in costs for a

…
…
…

total of $7,886.50. Defendants, Invictus Protective Services, LLC and Ryan Sudrick and Kristi Sudrick are jointly and severally liable for the full $7,886.50.

Dated this 7th day of June, 2019.

Dominic W. Lanza
United States District Judge